COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Anthony Whitehurst v. Sybil Thomas

Appellate case number:    01-21-00309-CV

Trial court case number:   1167394

Trial court:              County Civil Court at Law No. 4 of Harris County

On October 5, 2021, this Court ordered the trial court clerk and court reporter to provide at no cost to appellant a complete copy of the appellate record. On November 4, 2021, the trial court clerk filed a notice that the clerk's record had been delivered to appellant. On December 2, 2021, appellant filed a motion for extension of time, seeking an extension to file his brief until after the court reporter has provided the reporter's records from hearings conducted on May 24, 2021 and June 29, 2021. On December 3, 2021, we granted appellant's motion for extension.

Pursuant to Texas Rule of Appellate Procedure 34.6, the official or deputy court reporter is **ordered** to provide a copy of the May 24, 2021 and June 29, 2021 reporter's records to appellant without cost.[1] The official or deputy court reporter shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the reporter's records to appellant is made. *See* TEX. R. APP. P. 35.3.

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                      ☒Acting individually      ☐ Acting for the Court

Date:    December 16, 2021

---

[1]    This Court's October 5, 2021 Order erroneously requested the court reporter to provide a reporter's record from September 3, 2021.